**THE UNITED STATED DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **LUCKUS MOORE, JR.,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. 5:25-CV-488** |
| **TWIN LIQUORS LP D/B/A TWIN** | § | |
| **LIQUORS GP LLC,** | § | |
| | § | |
| **DEFENDANT.** | § | |

**DEFENDANT TWIN LIQUORS LP'S**
**NOTICE OF REMOVAL**

Defendant Twin Liquors LP, incorrectly identified as d/b/a Twin Liquors GP LLC ("Twin Liquors") files this Notice of Removal ("Notice") of the action currently pending in the 285th Judicial District Court of Bexar County, Texas, styled as *Luckus Moore, Jr. v. Twin Liquors LP, d/b/a Twin Liquors GP LLC,* Cause No. 2025CI07598 ("State Court Action"), to the United States District Court for the Western District of Texas, San Antonio Division, in accordance with 28 U.S.C. §§ 1331 and 1441. As grounds for removal, Twin Liquors respectfully shows as follows:

**I.    NATURE AND STAGE OF PROCEEDINGS**

1.    On April 4, 2025, Luckus Moore, Jr. ("Moore") filed the State Court Action against Twin Liquors alleging race discrimination and retaliation in violation of 42 U.S.C. Section 1981. Twin Liquors was served with process on April 14, 2025.

2.    This Notice is timely pursuant to 28 U.S.C. § 1446(b).

3.      In compliance with 28 U.S.C. § 1446(a), copies of all known process, pleadings, and orders served upon Defendant in the State Court Action are attached to this Notice as follows, along with an index of matters being filed, identified as Exhibit A:

**Exhibit 1**          Citation Issued to Luckus Moore, Jr.

**Exhibit 2**          Plaintiff's Original Petition

4.      Other than the documents listed above, no pleadings, process, orders, or other documents in this case have been served or otherwise received by Twin Liquors.

5.      Twin Liquors will promptly file a Notice of Filing of Notice of Removal along with a copy of this Notice with the Clerk of the Bexar County District Court and will serve copies of the same on the parties.

6.      Twin Liquors has filed a Motion to Transfer Venue contemporaneously with this Notice so as to transfer this case to the Western District of Texas, Waco Division.

## II.    GROUNDS FOR REMOVAL

7.      This case is removable because Moore's civil action arises under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

8.      A defendant may remove a case to federal court if the case could have been filed in federal court originally. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). The presence or absence of a federal question necessary to support removal is governed by the well-pleaded complaint rule, under which "federal question jurisdiction exists only when a federal question is presented on the plaintiff's properly pleaded complaint." *Id.* at 392-93. To support removal based on federal-question jurisdiction, a defendant must show that plaintiff has alleged a federal claim. *See Am. Well Works Co. v. Layne & Bowler Co.*, 241 U.S. 257, 260 (1916).

9.      Moore has alleged a federal claim because paragraph 7 of his Original Petition states "[t]his case is founded upon Defendant's violation of 42 U.S.C. Section 1981, as evidenced by the following acts of Race Discrimination and Retaliation for Opposing Race Discrimination."[1]

10.     42 U.S.C. 1981 is a federal statute and is the only basis for Moore's claims against Twin Liquors. And because Moore's Section 1981 claim is clearly discernable from the face of his pleading, this case can be removed based on federal question jurisdiction. *See Smith v. Texaco*, Inc., 951 F. Supp. 109, 111 (E.D. Tex. 1997).

### III.    CONCLUSION

11.     For the reasons stated above, Defendant Twin Liquors LP removes this action from the 285th Judicial District Court of Bexar County, Texas to federal court based on federal question jurisdiction. Twin Liquors respectfully requests this Court proceed with the action as if it had originally commenced in this Court, make all orders necessary and appropriate to effectuate this removal, and for any such other or future relief to which Twin Liquors may show itself justly entitled.

Dated: May 2, 2025.

---

[1] *See* Exhibit 2 at p. 2, ¶ 7.

Respectfully submitted,

JACKSON WALKER L.L.P

By: **/S/ DAVID R. SCHLOTTMAN**
    David R. Schlottman
    Texas State Bar No. 24083807
    JACKSON WALKER L.L.P
    2323 Ross Avenue, Suite 600
    Dallas, TX | 75201-2725
    Voice: (214) 953-6068
    Facsimile: (214) 661-6896
    Email: dschlottman@jw.com

**COUNSEL FOR DEFENDANT TWIN LIQUORS LP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by e-service on the following counsel of record on May 2, 2025:

Dennis L. Richard
Law Offices of Dennis L. Richard
14255 Blanco Road
San Antonio, Texas 78216
Phone: (210) 308-6600
Fax: (210) 308-6939
dennisrichardlaw@gmail.com

**COUNSEL FOR PLAINTIFF LUCKUS MOORE, JR.**

        **/S/ DAVID R. SCHLOTTMAN**
        David R. Schlottman