IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LUCKUS MOORE, JR.,<br>  *Plaintiff,*<br><br>V.<br><br>TWIN LIQUORS LP, D/B/A TWIN<br>LIQUORS GP LLC,<br>  *Defendant.* | §<br>§<br>§<br>§  NO. 6:25-CV-00231-LS-DTG<br>§<br>§<br>§<br>§ |

## JOINT MOTION FOR ENTRY OF AGREED
## ORDER OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Luckus Moore, Jr. and Defendant Twin Liquors LP incorrectly identified as d/b/a Twin Liquors GP LLC, (collectively, "the Parties") jointly move this Court for the entry of the Agreed Order of Dismissal with Prejudice proposed in the above-styled and numbered case and submitted contemporaneously with this motion. The Parties respectfully show as follows:

The matter before this Court has been resolved in all aspects and the Parties wish to voluntarily dismiss this action in its entirety and with prejudice as to the refiling of the same, with all Parties bearing their respective costs. Accordingly, the Parties have agreed the form and substance of the Agreed Order of Dismissal with Prejudice filed contemporaneously with this motion as Exhibit A is appropriate and seek this Court's entry.

WHEREFORE, the Parties respectfully request this Court enter the Agreed Order of Dismissal with Prejudice as submitted with this Motion by the Parties in the above-styled and numbered case.

Respectfully and Jointly Submitted,

| | |
|---|---|
| /s/ Dennis L. Richard | /s/ Jamila M. Brinson |
| Dennis L. Richard | Jamila M. Brinson |
| State Bar No. 16842600 | Texas State Bar No. 24074867 |
| dennislrichardlaw@gmail.com | Phone: (713) 752-4356 |
| LAW OFFICE OF DENNIS L. RICHARD | Facsimile: (713) 308-4112 |
| 14255 Blanco Road | Email: jbrinson@jw.com |
| San Antonio, TX 78216 | Crespin M. Linton II |
| PH: (210) 308-6600 | Texas State Bar No. 24143122 |
| FX: (210) 308-6939 | Phone: (713) 752-4216 |
| | Facsimile: (713) 752-4221 |
| **ATTORNEY FOR PLAINTIFF** | Email: clinton@jw.com |
| | JACKSON WALKER LLP |
| | 1401 McKinney Street, Suite 1900 |
| | Houston, Texas 77010 |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

In compliance with the Federal Rules of Civil Procedure, the parties' Joint Motion for Entry of Agreed Order of Dismissal with Prejudice was filed and served via email on December 29, 2025 upon the following counsel of record:

Jamila M. Brinson
Email: jbrinson@jw.com
Crespin M. Linton II
Email: clinton@jw.com
JACKSON WALKER LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010

/s/ Dennis L. Richard
Dennis L. Richard